REBECCA O'SULLIVAN, Respondent, v. GENNARO CARDILLO, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Motion for stay denied, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

HENRY PISTCHAL, Appellant, v. MENDEL CHARLES, BEATRICE CHARLES, SAMUEL L. WALLERSTEIN, ABRAHAM H. CHAIKIN and ROSE CHAIKIN, Respondents.— Motion granted to the extent of expunging from appellant's brief the following statements: "The record of the Register of Westchester County does not show any record of an assignment to defendant Wallerstein. The importance of a recorded instrument in an instant action is obvious. Yet the attorney for defendants took the burden upon his own shoulders to *misstate to the lower court a material fact.* To what purpose? When we considered that this attorney, Wallerstein, *acting as a dummy,* took in his own name on behalf of Chaikin, an undated $2,500 mortgage (Exam. Chaikin before trial), which was recorded on July 12th, 1921, 3 days before plaintiff's first note became due and 2 weeks after Charles stated he did not intend to pay anybody and was putting his property in his wife's name (p. 48, fol. 143) and when we consider that Wallerstein was Charles' lawyer before (p. 80, fol. 239), *we are met with more than a suspicious circumstance, and confronted with conduct unbecoming his office.*" As to the other matters enumerated in the order to show cause, the motion is denied, without costs. Case set down for Monday, May fourteenth, for which date respondent will have his brief ready. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

MINNIE V. PITTS, Respondent, v. WILLIAM H. PITTS, Appellant. CHARLES E. PITTS, ROBERT F. PITTS and EMMA A. ANDREWS, Defendants.— Motion for restitution of property granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSE B. EARLE, Appellant.— Motion to enlarge time to perfect and argue appeal granted upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

MOLLIE REIFE, Appellant, v. CAROLINE A. OSMERS, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

MARY REILLY, as Administratrix, etc., of MARY ELLEN REILLY, Deceased, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

HYMAN RINTEL, Respondent, v. MORRIS STEINBERG, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

MAX SCHILDKRAUT, Respondent, v. MARY SCHILDKRAUT, Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.